LOUIS FLEISCHMANN, Respondent, *v.* MENDEL SAMUEL et al., Appellants.

*Fleischmann* v. *Samuel*, 18 App. Div. 97, appeal dismissed.
(Argued October 4, 1897; decided October 12, 1897.)

MOTION to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 19, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

The motion was made upon the grounds that the decision of the Appellate Division that the verdict was supported by the evidence was unanimous, and that no questions of law are raised by appellants' exceptions which can be reviewed by the Court of Appeals.

*M. Hallheimer* for motion.

*Herman Stiefel* opposed.

Motion granted and appeal dismissed, with costs.